IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-02591 (TSC)<br><br><br><br>**CONSOLIDATED CASES** |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A SINGLE REPLY BRIEF OF 40 PAGES**

Federal Defendants intend to file a single reply brief in response to the two oppositions to their Motion to Dismiss. They respectively move the Court to extend their page limits for their reply brief to allow them to file a reply brief that is forty (40) pages.

In this case, Plaintiffs challenge Proclamation 9682, which modified the Grand Staircase-Escalante National Monument ("Monument"). Plaintiffs allege that the Proclamation violated the Antiquities Act and various constitutional provisions. On October 1, 2018, Federal Defendants moved to dismiss Plaintiffs' claims, arguing that the Court lacks subject

1

matter jurisdiction due to, *inter alia*, lack of standing and ripeness, and that Plaintiffs' claims fail on the merits, including because the Proclamation was authorized by the Antiquities Act. *See* ECF No. 43.

The two plaintiffs groups in this case have now each filed opposition briefs responding to Federal Defendants' motion to dismiss. ECF Nos. 61, 63. In total, these two opposition briefs present a combined total of 90 pages addressing the arguments in Federal Defendants' opening brief in support of its motion to dismiss.

Federal Defendants would be entitled to file two 25-page reply briefs addressing each of the opposition briefs, but they believe that it would be more efficient to file a single reply brief. However, doing so will require more than the 25 pages allotted under the Local Rules. This is particularly the case because many of the arguments, particularly those addressing Plaintiffs' standing to bring their claims, are particularized to the various plaintiffs.

Federal Defendants therefore respectfully request that the Court allow them to file a single, 40-page reply brief responding to the Plaintiffs' opposition briefs. Federal Defendants have attempted to reduce the length of their briefs to the extent possible, but believe that such an extension is appropriate to ensure they are able to fully respond to Plaintiffs' arguments. The Plaintiffs in *The Wilderness Society v. Trump*, No. 1:17-cv-02587 and *Grand Staircase Escalante Partners,* No. 1:17-cv-2591 do not oppose this motion.

Respectfully submitted this 11th day of December, 2018,

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General

        */s/ Romney S. Philpott*
        Romney S. Philpott
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section

999 18th St., #370
Denver, CO 80202
Phone:  303-844-1810
Fax:  303-844-1350
E-mail:  Romney.Philpott@usdoj.gov

Judith E. Coleman
U.S. Department of Justice,
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone:  202-514-3553
Fax:  202-305-0506
Email:  Judith.Coleman@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of December, 2018, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

                                        */s/ Romney S. Philpott*
                                        Romney S. Philpott