# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, in his official ) <br> capacity as President of the United States, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> GRAND STAIRCASE ESCALANTE ) <br> PARTNERS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, in his official ) <br> capacity as President of the United States, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:17-cv-02587 (TSC) <br><br><br><br><br><br> Case No. 1:17-cv-02591 (TSC) <br><br><br> **CONSOLIDATED CASES** |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR LEAVE TO FILE A SINGLE REPLY BRIEF OF 40 PAGES**

This matter is before the Court on Federal Defendants' Motion for Leave to File a Single Reply Brief of 40 Pages. Having reviewed the motion, and being duly apprised, the Court finds that the Motion should be GRANTED, and it is ORDERED that Federal Defendants may file a single reply brief of up to 40 pages in length.

Dated:

_____
Hon. Tanya S. Chutkan
U.S. District Judge