## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| The Wilderness Society, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:17-cv-02587 (TSC) |
| v. | ) | |
| | ) | |
| Donald J. Trump, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| Grand Staircase Escalante Partners, *et al.,* | ) | |
| | ) | Civil Action No. 1:17-cv-02591 (TSC) |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| Donald J. Trump, *et al.,* | ) | |
| | ) | **CONSOLIDATED CASES** |
| Defendants | ) | |
| | ) | |
| | ) | |
| American Farm Bureau Federation, *et al.*, | ) | |
| | ) | |
| Defendants-Intervenors. | ) | |
| | ) | |

## FEDERAL DEFENDANTS' AND PLAINTIFFS' JOINT UNOPPOSED MOTION TO SET ORAL ARGUMENT ON FEDERAL DEFENDANTS' MOTION TO DISMISS

Defendants Donald J. Trump *et al.* (collectively, "Federal Defendants") and Plaintiffs

The Wilderness Society *et al*. and Grand Staircase Escalante Partners *et al.*, (collectively,

"Plaintiffs") respectfully move the Court to set a hearing date for oral argument on the Federal

Defendants' motion to dismiss in the above-captioned consolidated cases (ECF No. 43).

These cases challenge the 2017 Proclamation that excluded approximately 900,000 acres

of public land from the Grand Staircase-Escalante National Monument.  The Federal

Defendants' motion is now fully briefed, making appropriate an expeditious hearing and

1

resolution of the motion.  Because the President's action on the Grand Staircase-Escalante

National Monument raises novel and significant statutory and constitutional issues, oral

argument would allow the parties to respond to any questions the Court may have and facilitate

the efficient resolution of the case.[1]

  Plaintiffs' counsel have conferred with Intervenors American Farm Bureau Federation,

Utah Farm Bureau Federation, Garfield County, Kane County, and the State of Utah about their

positions on the request to set a hearing date.  No Intervenor opposes the motion.

  Because the Court may wish to hear arguments in these cases together with arguments on

Federal Defendants' motion to dismiss in the related consolidated cases involving Bears Ears

National Monument, *Hopi Tribe v. Trump*, Case No. 1:17-cv-02590-TSC (ECF No. 49),

Plaintiffs' counsel have also conferred with counsel for all parties in that case.  No parties in

*Hopi Tribe* object to the motion.  In fact, a similar motion asking the Court to set oral argument

is simultaneously being filed in that case.

  To facilitate the scheduling of a hearing, Plaintiffs have surveyed counsel for all parties

in both sets of consolidated cases for their availability through July 31, 2019, and endeavored to

determine the dates that would accommodate the largest number of parties.  Based on this

survey, the dates that accommodate the largest number of parties are July 16–19 and July 22–26,

2019.  Counsel for all parties are available for a hearing on July 22 or 23; however, counsel for

---

[1] Plaintiffs also note that the Bureau of Land Management ("BLM") is continuing to prepare resource management plans ("RMPs") for: (1) the 900,000 acres of land that lost monument status; and (2) for the lands remaining in the Grand Staircase-Escalante National Monument.  *See* U.S. Dep't of the Interior, Bureau of Land Mgmt., Grand Staircase-Escalante National Monument and Kanab-Escalante Planning Area Draft Resource Management Plans and Environmental Impact Statement Executive Summary (August 2018), https://eplanning.blm.gov/epl-front-office/projects/lup/94706/155930/190910/GSENM-KEPA_Executive_Summary-508.pdf (last visited Apr. 29, 2019).  The BLM estimates that it will publish approved RMPs and issue a final decision later this year.

some intervenors are unavailable during the other dates in this range.[2]  Recognizing that there are challenges in setting a schedule accommodating all of the participants, movants respectfully seek an expeditious hearing on the motion in order to facilitate a prompt resolution of the motion to dismiss.

A proposed order setting the hearing date is attached.

Respectfully submitted this 9th day of May 2019,


/s/ Heidi McIntosh
Heidi McIntosh (*pro hac vice*)
Yuting Yvonne Chi (*pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
E-mail: ychi@earthjustice.org

James Pew (Bar No. 448830)
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
E-mail: jpew@earthjustice.org


*Attorneys for The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

JEAN E. WILLIAMS
Deputy Assistant Attorney General

/s/ Romney S. Philpott
Romney S. Philpott
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone: 303-844-1810
Fax: 303-844-1350
Romney.Philpott@usdoj.gov

Judith E. Coleman
U.S. Department of Justice,
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: 202-514-3553
Fax: 202-305-0506
Judith.Coleman@usdoj.gov

*Attorneys for Federal Defendants*

---

[2] Counsel for Farm Bureau Intervenors are unavailable July 24–26, and counsel for Farm Bureau Intervenors and Brandon Sulser *et al.* (Intervenors in the *Hopi Tribe v. Trump* case) are unavailable July 16–19.

/s/ Katherine Desormeau
Katherine Desormeau (D.D.C. Bar ID CA00024)
Ian Fein (D.D.C. Bar ID CA00014)
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org
E-mail: ifein@nrdc.org
E-mail: mwall@nrdc.org
*Attorneys for Natural Resources Defense Council*

Sharon Buccino (Bar No. 432073)
Jacqueline M. Iwata (Bar No. 1047984)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org

/s/ Stephen H.M. Bloch
Stephen H.M. Bloch (*pro hac vice*)
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Attorneys for Southern Utah Wilderness Alliance*

/s/ Gary S. Guzy
Gary S. Guzy (Bar No. 375977)
John Mizerak (Bar No. 155488)
Shruti Chaganti Barker (Bar No. 1035210)
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5978
gguzy@cov.com
jmizerak@cov.com
sbarker@cov.com
*Attorneys for Grand Staircase Escalante Partners, Society of Vertebrate Paleontology, and Conservation Lands Foundation*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of May, 2019, I filed the above motion with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.


/s/ Romney S. Philpott
Romney S. Philpott