**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,   )<br>)<br>    Plaintiffs,   )<br>)<br>v.   )<br>)<br>DONALD J. TRUMP, in his official   )<br>capacity as President of the United States,   )<br>*et al.*,   )<br>)<br>    Defendants.   )<br>)<br>GRAND STAIRCASE ESCALANTE   )<br>PARTNERS, *et al.*,   )<br>)<br>    Plaintiffs,   )<br>)<br>v.   )<br>)<br>DONALD J. TRUMP, in his official   )<br>capacity as President of the United States,   )<br>*et al.*,   )<br>)<br>    Defendants.   )   | Case No. 1:17-cv-02587 (TSC)<br><br><br><br><br>Case No. 1:17-cv-02591 (TSC)<br><br><br>**CONSOLIDATED CASES** |

**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' "INFORMATIONAL NOTICE"**

On September 9, 2019, the plaintiffs in *Grand Staircase Escalante Partners v. Trump*, Case No. 1:17-cv-02591-TSC (hereinafter "GSEP plaintiffs"), filed an "Informational Notice." ECF No. 110. Therein, the GSEP plaintiffs informed the Court that they had sent a letter to the Department of the Interior seeking confirmation that William Perry Pendley, the Bureau of Land Management's ("BLM") Deputy Director, Policy and Programs, who is exercising the authority of the Director of BLM, is recused from matters "relating to Presidential Proclamation 9682" and

relating to land use planning for the Grand Staircase-Escalante National Monument. *Id.* at 1.[1]

The GSEP plaintiffs also attached copy of their letter to their filing. *Id*.

It is unclear why the GSEP plaintiffs believed it necessary or appropriate to file their Informational Notice. Nonetheless, for the Court's information, attached is a copy of the Department of the Interior's response to the GSEP plaintiffs' letter.

Respectfully submitted this 23rd day of September, 2019,

JEAN WILLIAMS
Deputy Assistant Attorney General

  */s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone: 303-844-1810
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov

Attorneys for Federal Defendants

---

[1] Mr. Pendley was appointed as BLM's Deputy Director in mid-July 2019.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of September, 2019, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

                                          */s/ Romney S. Philpott*
                                          Romney S. Philpott