

United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

September 20, 2019

**VIA ELECTRONIC MAIL & U.S. MAIL**

Mr. Gary S. Guzy
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

      Re:    Your Letter, dated September 6, 2019

Mr. Guzy,

Thank you for your letter dated September 6, 2019 to the U.S. Department of the Interior, Departmental Ethics Office (DEO) concerning Deputy Director Pendley's ethics obligations related to his employment prior to joining the Department of the Interior (DOI).

After his appointment as Deputy Director for Policy and Programs at the Bureau of Land Management (BLM), Deputy Director Pendley consulted with the DEO regarding the requirements of Federal ethics laws and regulations as well as Executive Order 13770 ("Ethics Pledge"). Deputy Director Pendley received in-person ethics training on his first day at the DOI, and the DEO subsequently provided him with written ethics guidance on his recusal obligations. Mr. Pendley has also executed an Ethics Recusals & Screening Arrangement memorandum, which requires that he recuse himself from participating personally and substantially in any particular matters involving specific parties (i.e., litigation, permits, leases, grants, etc.) that are directly and substantially related to Mountain States Legal Foundation or its clients, including Kane and Garfield Counties, absent a waiver under the Ethics Pledge or written authorization from this office. As a result, he has not participated in the litigation related to Proclamation 9682 or the Grand Staircase-Escalante National Monument (GSENM) planning process since joining the BLM. He has not requested a waiver under the Ethics Pledge or an authorization from the DEO to participate in either matter.

The DEO has no information indicating that Deputy Director Pendley has violated his ethics obligations with relation to Proclamation 9682 or the ongoing BLM planning process for the GSENM.

Thank you for your interest in the work of the Departmental Ethics Office of the U.S. Department of the Interior.

                                  Sincerely,

                                  Scott A. de la Vega,
                                  Director, Departmental Ethics Office

cc:    William Perry Pendley, Deputy Director for Policy and Programs,
            Bureau of Land Management
       Romney Philpott, Esq., U.S. Department of Justice
       The Honorable Emory Rounds, Director, Office of Government Ethics