**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE-ESCALANTE PARTNERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al*. <br><br> Defendants. | Case No. 1:17-cv-02591 (TSC) <br><br> **CONSOLIDATED CASES** |
| AMERICAN FARM BUREAU FEDERATION and UTAH FARM BUREAU FEDERATION, <br><br> Defendant-Intervenors. | |

**AMERICAN FARM BUREAU FEDERATION'S AND
UTAH FARM BUREAU FEDERATION'S NOTICE OF JOINING MOTION**

Intervenors-Defendants American Farm Bureau Federation and Utah Farm Bureau Federation join in the Federal Defendants' Motion To Hold Response Deadline in Abeyance (ECF No. 122) and, for the reasons stated therein, request that the Court enter the proposed Order (ECF No. 122-1) filed in these consolidated cases extending to Intervenors-Defendants the same relief requested by the Federal Defendants.

Respectfully submitted this 21st day of November 2019.

       HOLLAND & HART LLP

       By: /s/ William G. Myers III
           William G. Myers III

       William G. Myers III (DC Bar No. 408573)
       HOLLAND & HART LLP
       P.O. Box 2527
       Boise, Idaho 83701-2527
       Telephone: (208) 342-5000
       E-mail:    wmyers@hollandhart.com

       Victoria A. Marquis (Montana Bar No. 13226)
       *(admitted pro hac vice application)*
       HOLLAND & HART LLP
       P.O. Box 639
       Billings, Montana 59103
       Telephone: (406) 252-2166
       E-mail:    vamarquis@hollandhart.com

       Attorneys for Defendant-Intervenors
       American Farm Bureau Federation and
       Utah Farm Bureau Federation

**Certificate of Service**

   I HEREBY CERTIFY that on the 21st day of November 2019, I filed the foregoing electronically through the CM/ECF system, which caused electronic notification of such filing to be sent to all counsel of record, as more fully reflected on the Notice of Electronic Filing.

            *s/William G. Myers III*
            for HOLLAND & HART LLP

13866122_1