**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE WILDERNESS SOCIETY, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02587 (TSC) |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity | ) | |
| as President of the United States, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| GRAND STAIRCASE ESCALANTE | ) | |
| PARTNERS, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:17-cv-02591 (TSC) |
| v. | ) | |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity | ) | |
| as President of the United States, *et al*., | ) | |
| | ) | |
| Defendants. | ) | **CONSOLIDATED CASES** |
| | ) | |

**FEDERAL DEFENDANTS' NOTICE OF EXECUTIVE ORDER**

Federal Defendants hereby provide the Court with notice that, on January 20, 2021, President Biden issued an "Executive Order on Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis" (hereinafter "Executive Order").

Section 3(a) of the Executive Order references Proclamation 9682, which is the subject of this litigation.  Section 3(c) authorizes the Department of Justice to provide the Court with notice of the Executive Order.  A copy of the Executive Order is attached hereto.

Respectfully submitted this 29th day of January, 2021,

JEAN E. WILLIAMS
Deputy Assistant Attorney General

_/s/ Romney S. Philpott_
Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone:  303-844-1810
Fax:  303-844-1350
E-mail:  Romney.Philpott@usdoj.gov

Attorneys for Federal Defendants

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2021, I filed the above pleading with the

Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.


*/s/ Romney S. Philpott*
Romney S. Philpott