IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>　　Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>　　Defendants. | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |

**JOINT STATUS REPORT**

　　Pursuant to the Court's March 8, 2021 Order, and July 1, 2021 and September 30, 2021 minute orders, the parties hereby submit this joint status report.

　　On October 8, 2021, the President issued Proclamation 10286 addressing the Grand Staircase-Escalante National Monument. 86 Fed. Reg. 57,335-347 (Oct. 15, 2021). The Proclamation, by its terms, "[r]estor[es] the Grand Staircase-Escalante National Monument to its size and boundaries as they existed prior to December 4, 2017." *Id.* at 57,336.

1

Previously, on March 8, 2021, the Court ordered the parties to file status reports every 30 days, advising the Court:

> 1) whether the current dispute has been mooted or the parties anticipate that it will be mooted; 2) whether the parties wish to stay this action for any reason, including the parties' negotiations over resolving this dispute; or 3) whether the parties agree that this litigation should continue as anticipated pursuant to the federal rules, local rules or a scheduling order.

ECF No. 152. The Court reiterated the requirement that the parties file joint status reports every 30 days in minute orders dated July 1, 2021 and September 30, 2021.

As reported in the prior status report, the parties (primarily the Plaintiffs and Federal Defendants) are attempting to reach a resolution regarding how, if at all, this case should proceed. Federal Defendants received a proposed resolution from Plaintiffs, which Federal Defendants have been evaluating. Federal Defendants continue to evaluate the proposal and anticipate that they will be able to provide a response to Plaintiffs shortly—the response is still undergoing internal review. Accordingly, additional time is necessary to determine whether the parties can reach an agreement.

All the parties, except for Intervenor-Defendant State of Utah, Garfield County, Kane County, American Farm Bureau Federation and Utah Farm Federation believe that the Court should allow an additional thirty days to continue these discussions, so that the parties are in a better position to formulate their responses to the Court's inquiries set forth in its March 8, 2021 Order.

The position of the State of Utah, Garfield County, and Kane County is that an additional 30-day delay in resolving this case is inappropriate because—despite now having had ten months to do so—the Plaintiffs and the Federal Defendants have not provided information justifying any contention that the case is not now moot. Plaintiffs state that they offered to

schedule a call with counsel to discuss information relevant to the mootness question before a previous joint status report and have not yet received a response to their offer.

The American Farm Bureau Federation and Utah Farm Bureau Federation take no position on the additional thirty days.

Respectfully submitted this 12th day of August, 2022,

TODD KIM
Assistant Attorney General

　　/s/Romney S. Philpott　　　　
Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone:  303-844-1810
Fax:  303-844-1350
E-mail:  Romney.Philpott@usdoj.gov

*Attorneys for Federal Defendants*

Judith E. Coleman
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, D.C. 20044
Phone: 202-514-3553
E-mail: Judith.Coleman@usdoj.gov

*/s/ Heidi McIntosh (with consent)*
Heidi McIntosh
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
E-mail: hmcintosh@earthjustice.org

*Counsel for The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

*/s/ Gary S. Guzy (with consent)*
Gary S. Guzy (375977)
Shruti C. Barker (1035210)
John Mizerak (155488)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
Tel: 202-662-5978
Fax: 202-778-5978
gguzy@cov.com

*Attorneys for Plaintiffs Grand Staircase Escalante Partners, Society of Vertebrate Paleontology, and Conservation Lands Foundation*

*/s/ Katherine Desormeau (with consent)*
Katherine Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
E-mail: kdesormeau@nrdc.org

*Counsel for Natural Resources Defense Council*

*s/ Anthony L. Rampton (with consent)*
Anthony L. Rampton
UTAH ATTORNEY GENERAL'S OFFICE
5110 State Office Building
Salt Lake City, UT 84114
(801) 537-9819
Email: arampton@agutah.gov

Megan Evelyn Garrett
Richard Ellison Mansfield
MITCHELL BARLOW & MANSFIELD, P.C.
9 Exchange Place
Suite 600
Salt Lake City, UT 84111
316-308-0632
Email: mgarrett@mbmlawyers.com

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main Street
5th Floor
Salt Lake City, UT 84101
703-243-9423
Email: tyler@consovoymccarthy.com

*Attorney for the State of Utah*

*/s/ Stephen H.M. Bloch (with consent)*
Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
E-mail: steve@suwa.org

*Counsel for Southern Utah Wilderness Alliance*

*/s/ William G. Myers III (with consent)*
William G. Myers III (DC Bar No. 408573)
HOLLAND & HART LLP
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
E-mail: wmyers@hollandhart.com

Victoria A. Marquis (Montana Bar No. 13226)
*(admitted pro hac vice)*
HOLLAND & HART LLP
P.O. Box 639
Billings, Montana 59103
Telephone: (406) 252-2166
E-mail: vamarquis@hollandhart.com

*Attorneys for Defendant-Intervenors American Farm Bureau Federation and Utah Farm Bureau Federation*

*/s/ David C. McDonald (with consent)*
David C. McDonald, D.C. Bar No. CO0079
MOUNTAIN STATES
LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
dmcdonald@mslegal.org

*Attorney for Kane County, Garfield County*