**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |
| AMERICAN FARM BUREAU FEDERATION, *et al.*,<br><br>Defendants-Intervenors. | |

**[PROPOSED] ORDER GRANTING TWS PLAINTIFFS' MOTION TO REOPEN CASES AND LIFT STAY**

This matter is before the Court following Plaintiff The Wilderness Society *et al.*'s motion to reopen and lift the stay in this case, in order to amend and supplement their complaint. After considering the motion and material submitted in support, the Court finds that the circumstances that caused the Court to stay the case in 2021, and to maintain the stay in 2024, have since

changed, and the balance between judicial economy and any possible hardship to the parties now weighs in favor of lifting the stay and allowing the case to proceed.

The Motion to Reopen Cases and Lift Stay is therefore GRANTED, and it is hereby ORDERED that the stay is lifted.

IT IS SO ORDERED.

DATED:

HON. TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE