**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |

## ENTRY OF APPEARANCE OF KOLE WAYNE KELLEY

To the Clerk of the Court and all parties of record:

Pursuant to LCVR 83.6(a), Kole Wayne Kelley hereby enters his appearance in this action as counsel for Defendant-Intervenors Garfield County, Utah, and Kane County, Utah. The Clerk of the Court is respectfully requested to add Mr. Kelley's name to the list of attorneys of record. Mr. Kelley is registered with ECF and will receive copies of filings, notices, and orders electronically.

Mr. Kelley's contact information is as follows:

Kole Wayne Kelley
Mountain States Legal Foundation
2596 S Lewis Way

Lakewood, CO 80227
Tele: 303-292-2021
kkelley@mslegal.org

DATED this 8th day of September 2026.

Respectfully submitted,

*/s/Kole W. Kelley*

Kole Wayne Kelley *(pro hac vice)*
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227
Tele: 303-292-2021
kkelley@mslegal.org

*Attorney for Defendant-Intervenors*:
*Garfield and Kane Counties, Utah*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

*/s/Kole W. Kelley*
Kole Wayne Kelley *(pro hac vice)*