**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |

**JOINT STATUS REPORT**

Pursuant to the Court's August 10, 2026 Minute Order, the parties submit this joint status report.

On July 23, 2026, the parties filed a joint status report to comply with the Court's November 25, 2024 Order, which had instructed them to file a joint status report within 30 days of the Tenth Circuit Court of Appeals issuing a decision in *Garfield County. v. Biden*, No. 23-4106. In their joint status report, the Parties informed the Court that they were still evaluating the Tenth Circuit's decision (which issued June 23, 2026), as well as President Trump's

Proclamation 11044, *Modifying the Grand Staircase-Escalante National Monument*. 91 Fed. Reg. 45,179-85 (July 17, 2026).

On September 2, 2026, Plaintiffs filed motions to re-open this case, to allow them to file motions seeking leave to file a supplemental complaint under Fed. R. Civ. P. 15(d). Defendants and Intervenor-Defendants are evaluating the motions to re-open, and will file responses by the deadline under the Court's local rules. Accordingly, a proposed order, directing Defendants to respond to the motions to re-open by September 16, 2026, is attached.

Respectfully submitted this 8th day of September, 2026,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General

*/s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower Ste. 600
Denver, CO 80202
Phone: 202-532-5077
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov

Judith E. Coleman
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, D.C. 20044
Phone: 202-305-5031
E-mail: Judith.Coleman@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Thomas Delehanty (with consent)*
Thomas Delehanty
Heidi McIntosh
Earthjustice Rocky Mountain Office
1125 17th Street, Suite 1010
Denver, CO 80202
(303) 996-9628
tdelehanty@earthjustice.org

*/s/ Gary S. Guzy (with consent)*
Gary S. Guzy (375977)
Scott C. Weidenfeller (489630)
John Mizerak (155488)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
Tel: 202-662-5978

*Counsel for The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

Fax: 202-778-5978
gguzy@cov.com
sweidenfeller@cov.com
jmizerak@cov.com

*Attorneys for Plaintiffs Grand Staircase Escalante Partners, Society of Vertebrate Paleontology, and Conservation Lands Foundation*

*/s/ Jacqueline Iwata (with consent)*
Jacqueline Iwata
Natural Resources Defense Council
1152 15th Street Suite 300
Washington, DC 20005
Tel.: (202) 836-9451
E-mail: jiwata@nrdc.org

Katherine Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
E-mail: kdesormeau@nrdc.org

*Counsel for Natural Resources Defense Council*

*/s/ Jason L. DeForest (with consent)*
Jason L. DeForest
UTAH ATTORNEY GENERAL'S OFFICE
1954 W. North Temple
Salt Lake City, UT 84114
(385) 395-9884
Email: jdeforest@agutah.gov

Megan Evelyn Garrett
Richard Ellison Mansfield
MITCHELL BARLOW & MANSFIELD, P.C.
9 Exchange Place
Suite 600
Salt Lake City, UT 84111
316-308-0632
Email: mgarrett@mbmlawyers.com

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main Street
5th Floor
Salt Lake City, UT 84101
703-243-9423

*/s/ Stephen H.M. Bloch (with consent)*
Stephen H.M. Bloch
Hanna Larsen
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
E-mail: steve@suwa.org
hanna@suwa.org

*Counsel for Southern Utah Wilderness Alliance*

*/s/ William G. Myers III (with consent)*
William G. Myers III (DC Bar No. 408573)
HOLLAND & HART LLP
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
E-mail: wmyers@hollandhart.com

Email: tyler@consovoymccarthy.com

*Attorney for the State of Utah*

*Attorneys for Defendant-Intervenors American Farm Bureau Federation and Utah Farm Bureau Federation*

/s/ Kole W. Kelley
Kole W. Kelley
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
kkelley@mslegal.org

Carter B. Harrison IV
Harrison & Hart, LLC
924 Park Ave SW, Suite E
Albuquerque, NM 87102
Tele: (505) 312-4245
carter@harrisonhartlaw.com

*Attorneys for Defendant-Intervenors: Garfield and Kane Counties, Utah*