**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Wilderness Society, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-02587 (TSC) |
| Grand Staircase Escalante Partners, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-02591 (TSC)<br><br>CONSOLIDATED CASES |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs GRAND STAIRCASE ESCALANTE PARTNERS, SOCIETY OF VERTEBRATE PALEONTOLOGY, and CONSERVATION LANDS FOUNDATION.

Date: September 9, 2026

Respectfully submitted,

/s/ Scott C. Weidenfeller
Scott C. Weidenfeller (D.D.C. Bar No. 489630)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
Tel: 202-662-5923
Fax: 202-778-5923
Email: sweidenfeller@cov.com