**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.,*<br><br>Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE-ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants, | Case No. 1:17-cv-2591 (TSC) |
| STATE OF UTAH, *et al.*,<br><br>Defendants-Intervenors. | |

**DEFENDANT-INTERVENOR STATE OF UTAH'S RESPONSE TO PLAINTIFFS' MOTION TO REOPEN CASE AND LIFT STAY**

Defendant-Intervenor State of Utah ("State") respectfully notifies this Court that, while the State does not necessarily agree with the Plaintiffs' characterizations of facts or law, the State takes no position on Plaintiffs' Motion to Reopen Cases and Lift Stay. (ECF No. 217, 218). However, the State reserves the right to present further argument in responsive pleadings and does not hereby waive any arguments made in prior motions.

Respectfully submitted this 16th Day of September 2026,

*/s/ Jason L. DeForest*
Jason L. DeForest
(Utah Bar No. 14628)
David A. Reay
(Utah Bar No. 14764)
Assistant Attorneys General
Utah Attorney General's Office
1594 W. North Temple
Salt Lake City, UT 84116
Telephone: (801) 538-7200
jdeforest@agutah.gov
dreay@agutah.gov

Attorneys for Defendant-Intervenor State of Utah

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September 2026, a true and correct copy of the foregoing DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFFS' MOTION TO REOPEN CASES AND LIFT STAY has been served upon all parties and/or attorneys by submitting the same for electronic filing with the Court through the CM/ECF system.

*/s/ Jason L. DeForest*
Jason L. DeForest
Assistant Attorney General
Attorney for Defendant-Intervenor State of Utah