**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |

**FEDERAL DEFENDANTS' RESPONSE TO MOTIONS TO REOPEN**

Federal Defendants take no position on Plaintiffs' motions to reopen, Doc. Nos. 217 & 218.

Respectfully submitted this 16th day of September, 2026,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General

*/s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower Ste. 600

Denver, CO 80202
Phone: 202-532-5077
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov

*Attorneys for Federal Defendants*