**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE WILDERNESS SOCIETY, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 1:17-cv-02587 (TSC)

GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 1:17-cv-02591 (TSC)

**CONSOLIDATED CASES**

AMERICAN FARM BUREAU FEDERATION, *et al.*,

Defendants-Intervenors.

**[PROPOSED] ORDER GRANTING STATUS CONFERENCE**

Upon consideration of Plaintiffs' Motion for a Status Conference, it is hereby ordered that the motion is GRANTED. A status conference is set for ______________________, 2026, at ____________ a.m./p.m. before Judge Tanya S. Chutkan in Courtroom _______________.

IT IS SO ORDERED.

DATED: ____________________

_____________________________________________
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE