**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE-ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>Defendants. | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |
| AMERICAN FARM BUREAU FEDERATION and UTAH FARM BUREAU FEDERATION,<br><br>Defendant-Intervenors. | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in these consolidated cases as counsel for Defendant-Intervenors American Farm Bureau Federation and Utah Farm Bureau Federation, in addition to William G. Myers, III, of Holland & Hart LLP.

Dated this 14th day of October 2026.

HOLLAND & HART LLP

By: /s/ David Y. Chung
David Y. Chung

David Y. Chung (DC Bar No. 500420)
HOLLAND & HART LLP
505 Ninth Street, NW, Suite 700
Washington, DC 20004
Telephone: (202) 654-6919
E-mail: dychung@hollandhart.com

*Counsel for Defendant-Intervenors*
*American Farm Bureau Federation and*
*Utah Farm Bureau Federation*