**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE WILDERNESS SOCIETY**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-2587 (TSC) |
| **GRAND STAIRCASE ESCALANTE PARTNERS**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-2591 (TSC)<br><br>**CONSOLIDATED CASES** |
| **AMERICAN FARM BUREAU FEDERATION**, *et al.*,<br><br>Defendant-Intervenors. | |

**UNOPPOSED MOTION FOR LEAVE TO APPEAR**
**AT STATUS CONFERENCE BY ZOOM OR TELEPHONE**

Plaintiffs The Wilderness Society, Center for Biological Diversity, Grand Canyon Trust Great Old Broads For Wilderness, National Parks Conservation Association, Sierra Club, Western Watersheds Project, and WildEarth Guardians (collectively, "TWS"), and Southern Utah Wilderness Alliance ("SUWA") hereby file this motion for leave for the undersigned

counsel to participate by Zoom or telephone in the status conference scheduled in this matter for October 15, 2026. Counsel of record for other parties do not oppose this motion.

Undersigned counsel Heidi McIntosh and Thomas Delehanty are counsel for TWS and Hanna Larsen is counsel for SUWA in this case. Because of conflicts in other matters, it is not possible for undersigned counsel for TWS or SUWA to travel to Washington, D.C. to attend the status conference in person on October 15. Counsel for Plaintiff Natural Resources Defense Council will be represented in person at the October 15 status conference. Based on these considerations, TWS and SUWA respectfully request that their motion for counsel to appear at the October 15 status conference via Zoom or telephone be granted.

Respectfully submitted October 14, 2026.

*/s/ Hanna Larsen*
Stephen H.M. Bloch (D.D.C. Bar ID UT0004)
Hanna Larsen (D.D.C. Bar ID UT0003)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
Fax: (801) 486-4233
steve@suwa.org
hanna@suwa.org

*Attorney for Southern Utah Wilderness Alliance*

*/s/ Thomas Delehanty*
Thomas Delehanty (*pro hac vice*)
Heidi McIntosh (*pro hac vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
Tele: (303) 623-9466
Fax: (303) 623-8083
tdelehanty@earthjustice.org
hmcintosh@earthjustice.org

*Attorneys for The Wilderness Society, Grand Canyon Trust, National Parks Conservation Association, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*