**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE WILDERNESS SOCIETY**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-2587 (TSC) |
| **GRAND STAIRCASE ESCALANTE PARTNERS**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-2591 (TSC)<br><br>**CONSOLIDATED CASES** |
| **AMERICAN FARM BUREAU FEDERATION**, *et al.*,<br><br>Defendant-Intervenors. | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY ZOOM OR TELEPHONE**

Upon consideration of Plaintiffs The Wilderness Society *et al.* ("TWS") and Southern Utah Wilderness Alliance's ("SUWA") Motion for Leave to Appear by Zoom or Telephone, and for good cause, it is hereby ordered that the Motion is GRANTED. Counsel for TWS and SUWA may appear remotely via Zoom for the status conference set for October 15, 2026.

SO ORDERED

____________________________
TANYA S. CHUTKAN
United States District Judge