**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Wilderness Society, *et al.*,<br>Plaintiffs,<br>v.<br>Donald J. Trump, *et al.*,<br>Defendants. | Civil Action No. 1:17-cv-02587 (TSC) |
| Grand Staircase Escalante Partners, *et al.*,<br>Plaintiffs,<br>v.<br>Donald J. Trump, *et al.*,<br>Defendants. | Civil Action No. 1:17-cv-02591 (TSC)<br>CONSOLIDATED CASES |

**PARTNERS PLAINTIFFS' [PROPOSED] MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d), Plaintiffs Grand Staircase Escalante Partners, Society of Vertebrate Paleontology, and Conservation Lands Foundation (collectively, "Partners Plaintiffs") respectfully move for leave to file a proposed Second Amended and Supplemental Complaint to add claims challenging President Trump's July 13, 2026 proclamation removing protections from over 90 percent of the Grand Staircase-Escalante National Monument. *See* Proclamation No. 11,044, 91 Fed. Reg. 45,179 (July 13, 2026). Pursuant to Local Civil Rule 15.1, the proposed Second Amended and Supplemental Complaint is attached

as an exhibit. In support of this motion, Partners Plaintiffs hereby incorporate by reference the factual and procedural background and arguments set out in the TWS Plaintiffs' Motion for Leave to File Second Amended and Supplemental Complaint, ECF No. 217-1. As explained therein, supplementation will promote judicial economy by resolving closely related claims, will not cause delay or inconvenience, and will not prejudice any party's rights.[1]

Pursuant to Local Civil Rule 7(m), TWS Plaintiffs' counsel contacted counsel for Federal Defendants and Intervenor-Defendants on August 31, 2026 and indicated TWS Plaintiffs' and Partners Plaintiffs' intent to seek leave to amend and supplement their complaint if the Court granted their Motions to Reopen and Lift the Stay. As of the date of filing, neither TWS Plaintiffs' counsel nor Partners Plaintiffs' counsel have received a response.

Pursuant to Local Civil Rule 7(i), a copy of Partners Plaintiffs' Proposed Supplemental Complaint is attached as Exhibit A to this motion. If the Court grants the motion, Partners Plaintiffs request that the Court order the parties to confer and, within 30 days of its order, jointly (if possible) submit a proposed schedule for the submission of further pleadings and briefing in the case.

For the reasons set out above and in TWS Plaintiffs' Motion for Leave to File Second Amended and Supplemental Complaint, Partners Plaintiffs respectfully request the Court to grant Partners Plaintiffs' motion for leave to supplement the complaint and request that the Court order

[1] As there is no change in the three plaintiffs that comprise Partners Plaintiffs, Partners Plaintiffs need not incorporate by reference the parts of TWS Plaintiffs' Motion for Leave to File Second Amended and Supplemental Complaint that pertain to their withdrawal of one plaintiff and addition of another plaintiff.

the parties to confer and jointly (if possible) submit a schedule, within 30 days of its order, for the submission of further pleadings and briefing in the case.

September 2, 2026

Respectfully submitted,

/s/ Gary S. Guzy
Gary S. Guzy (375977)
Scott C. Weidenfeller (489630)
John Mizerak (155488)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
Tel: 202-662-5381
Fax: 202-778-5381
gguzy@cov.com
sweidenfeller@cov.com
jmizerak@cov.com

*Attorneys for Plaintiffs Grand Staircase Escalante Partners, Society of Vertebrate Paleontology, and Conservation Lands Foundation*