**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | ) | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | ) | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |

**[PROPOSED] ORDER**

This matter is before the Court on Federal Defendants' Unopposed Motion to Hold Answer Deadline in Abeyance. Upon consideration of the motion, it is hereby Ordered that Federal Defendants' and Defendant-Intervenors' deadline to file a response to the Plaintiffs' second amended and supplemental complaints is held in abeyance until further order of the Court.

DATED: ________________

_______________________________________
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE