**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE WILDERNESS SOCIETY, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>Defendants. | ) | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>Defendants. | ) | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PROPOSED NOTICE ORDER**

Federal Defendants respectfully request that the Court extend the deadline by one week for the parties to provide a proposed notice order. As grounds therefore, Federal Defendants state as follows.

The Court has ordered the parties to meet and confer and submit a joint proposed order by October 27, 2026 detailing the specifics of the notice that Federal Defendants must provide Plaintiffs relating to ground-disturbing activity on lands excluded from the Grand Staircase-Escalante National Monument by Proclamation No. 11044. ECF No. 228. As Federal

Defendants indicated at the status conference in this case on October 15, 2026, Plaintiffs previously had requested that Federal Defendants agree to expand the existing Notice Order (ECF No. 57), addressing lands excluded from the Monument by Proclamation No. 9682, to encompass the additional lands excluded from the Monument by Proclamation No. 11044. At the status conference, Federal Defendants stated that they would agree to such expansion. After the status conference, Federal Defendants provided Plaintiffs with a proposed modified Notice Order that made that modification. On the evening of October 22, Plaintiffs provided Federal Defendants a proposed modified Notice Order that included a variety of other proposed modifications. Federal Defendants and Plaintiffs had an initial call to discuss the two versions of the proposed order but need additional time to see if they can reach consensus on a proposed order.

Federal Defendants therefore respectfully request that the Court extend the parties' deadline to file a proposed notice order by one week to November 3, 2027.

Federal Defendants have conferred with the other parties and can represent that this request is unopposed.

Respectfully submitted this 27th day of October, 2026,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General

*/s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower Ste. 600
Denver, CO 80202
Phone: 202-532-5077
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov

*Attorneys for Federal Defendants*