**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2591 (TSC) |
| AMERICAN FARM BUREAU FEDERATION, *et al.*,<br><br>Intervenor-Defendants. | **CONSOLIDATED CASES** |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PROPOSED NOTICE ORDER**

Plaintiffs The Wilderness Society *et al.* and Grand Staircase-Escalante Partners *et al.*, (collectively, “Plaintiffs”) respectfully request that the Court extend the deadline by ten (10) days for the parties to provide a proposed notice order. As grounds therefore, Plaintiffs state the following:

The Court initially ordered the parties to meet and confer and submit a joint proposed order by October 27, 2026 detailing the specifics of the Notice that Federal Defendants must provide to Plaintiffs relating to ground-disturbing activity on lands excluded from the Grand Staircase-

Escalante National Monument by Proclamation No. 11044. *See* ECF No. 228. After an initial meeting, Plaintiffs and Federal Defendants requested, and this Court granted, a one-week extension to file the proposed notice order until November 3, 2026. ECF Nos. 239; Oct. 28 Minute Order. Plaintiffs and Federal Defendants have since met again and have continued conferring over the contents of the proposed order. The parties are hopeful they will be able to reach a consensus on a joint proposed notice order, but need additional time to finalize the details and receive necessary approvals.

Plaintiffs therefore respectfully request that the Court extend the parties' deadline to file a joint proposed notice order by ten (10) days to November 13, 2026.

Plaintiffs have conferred with the Federal Defendants and Intervenor-Defendants and can represent that this request is unopposed.

Respectfully submitted this 3rd day of November, 2026.

*/s/ Hanna Larsen*
Stephen H.M. Bloch (D.D.C. Bar # UT0004)
Hanna Larsen (D.D.C. Bar # UT0003)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
steve@suwa.org
hanna@suwa.org

*Attorneys for Southern Utah Wilderness Alliance*

*/s/ Thomas Delehanty*
Thomas Delehanty (*pro hac vice*)
Heidi McIntosh (*pro hac vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
tdelehanty@earthjustice.org
hmcintosh@earthjustice.org

*Attorneys for The Wilderness Society, Grand Canyon Trust, National Parks Conservation Association, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

*/s/ Jacqueline Iwata*
Jacqueline Iwata (DC Bar No. 1047984)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW Ste. 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
jiwata@nrdc.org

*Attorney for Natural Resources Defense Council*

*/s/ Gary S. Guzy*
Gary S. Guzy (DC Bar No. 375977)
Scott C. Weidenfeller (DC Bar No. 489630)
John Mizerak (DC Bar No. 155488)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
Tel: (202) 662-5978
sweidenfeller@cov.com
gguzy@cov.com
jmizerak@cov.com

*Attorneys for Grand Staircase Escalante Partners, Society of Vertebrate Paleontology, and Conservation Lands Foundation*