**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2591 (TSC) |
| AMERICAN FARM BUREAU FEDERATION, *et al.*,<br><br>Intervenor-Defendants. | **CONSOLIDATED CASES** |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion to Extend the Deadline to File Proposed Notice Order. Upon consideration of the motion, it is hereby Ordered that the parties' deadline to file a proposed order detailing the notice that Federal Defendants must provide relating to ground-disturbing activity on lands excluded from the Grand Staircase-Escalante National Monument by Proclamation 11044 is extended to November 13, 2026.

DATED:__________________

__________________________
TANYA S. CHUTKAN
United States District Judge