**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |

**DEFENDANTS' AND PLAINTIFFS' JOINT NOTICE OF TENDERING OF PROPOSED NOTICE ORDER**

The Court has ordered the parties to meet and confer and submit a joint proposed order by October 27, 2026, detailing the specifics of the notice that Federal Defendants must provide Plaintiffs relating to ground-disturbing activities on lands excluded from the Grand Staircase-Escalante National Monument by Proclamation No. 11,043, 91 Fed. Reg. 45,169 (July 17, 2026) (the "2026 Proclamation"). ECF No. 226. This deadline was extended to November 13, 2026 by the Court's Minute Orders on October 28, 2026 and November 4, 2026.

Plaintiffs and Defendants have conferred and tender the attached proposed order, which is intended to respond to the Court's Order, and further, to replace and supersede the order regarding the notice obligations issued by the Court on October 30, 2018 (ECF No. 57). With respect to this joint filing, Federal Defendants state that nothing in the attached proposed order, or the fact that it is jointly proposed by the Parties at the Court's direction, reflects or constitutes an admission by Federal Defendants that any activities triggering the notification requirements set forth in the proposed order will occur or are planned to occur. Federal Defendants further state that this proposed order is jointly proposed pursuant to the Court's Order, and does not constitute agreement by Federal Defendants that the notification obligations the proposed order imposes are necessary or appropriate in the circumstances of this case or any other case.

Respectfully submitted this 13th day of November, 2026,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General

/s/ Romney S. Philpott
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower Ste. 600
Denver, CO 80202
Phone: 202-532-5077
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov

Judith E. Coleman
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, D.C. 20044
Phone: 202-305-5031
E-mail: Judith.Coleman@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Thomas Delehanty (with consent)

/s/ Gary S. Guzy (with consent)

Thomas Delehanty
Heidi McIntosh
Earthjustice Rocky Mountain Office
1125 17th Street, Suite 1010
Denver, CO 80202
(303) 996-9628
tdelehanty@earthjustice.org

*Counsel for The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

Gary S. Guzy (375977)
Scott C. Weidenfeller (489630)
John Mizerak (155488)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
Tel: 202-662-5978
Fax: 202-778-5978
gguzy@cov.com
sweidenfeller@cov.com
jmizerak@cov.com

*Attorneys for Plaintiffs Grand Staircase Escalante Partners, Society of Vertebrate Paleontology, and Conservation Lands Foundation*

*<u>/s/ Jacqueline Iwata (with consent)</u>*
Jacqueline Iwata
Natural Resources Defense Council
1152 15th Street Suite 300
Washington, DC 20005
Tel.: (202) 836-9451
E-mail: jiwata@nrdc.org

Katherine Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
E-mail: kdesormeau@nrdc.org

*Counsel for Natural Resources Defense Council*

*<u>/s/ Stephen H.M. Bloch (with consent)</u>*
Stephen H.M. Bloch
Hanna Larsen
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
E-mail: steve@suwa.org
hanna@suwa.org

*Counsel for Southern Utah Wilderness Alliance*