**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02591 (TSC)<br><br>**CONSOLIDATED CASES** |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT PROPOSED BRIEFING SCHEDULE**

Federal Defendants respectfully request that the Court extend the deadline by one week for the parties to file a joint proposed briefing schedule.

As reflected in the Court's October 15, 2026 Minute Entry, the Court has ordered the parties to file a joint proposed briefing schedule by November 16, 2026. Federal Defendants and Plaintiffs have been conferring on a proposed briefing schedule. However, they need additional time to attempt to reach a joint proposal—and to confer with the Defendant-Intervenors regarding the proposed schedule. Among other things, Federal Defendants and Plaintiffs have

also been negotiating regarding a proposed notice order in this case. Further, the recent outage of Microsoft Outlook and related platforms disrupted conferral efforts both internally and externally. Moreover, the parties' negotiation efforts require the involvement of multiple layers of internal reviewers.

Federal Defendants therefore respectfully request that the Court extend the parties' deadline to file a proposed briefing schedule be extended by one week to November 23, 2026.

Federal Defendants have conferred with counsel for Plaintiffs and Defendant-Intervenors and can represent that this request is unopposed.

Respectfully submitted this 13th day of November, 2026,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General

*/s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower Ste. 600
Denver, CO 80202
Phone: 202-532-5077
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov

*Attorneys for Federal Defendants*