**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2591 (TSC)<br><br>**CONSOLIDATED CASES** |
| AMERICAN FARM BUREAU FEDERATION, *et al.*,<br><br>Defendants-Intervenors. | |

## JOINT STATUS REPORT

Pursuant to the Court's order of October 15, 2026, the parties hereby submit this joint status report proposing a briefing schedule for these consolidated cases. The Court directed the parties to propose a joint schedule for briefing. Having conferred, the parties respectfully submit that moving directly to cross-motions for partial summary judgment is the most efficient way to potentially reach final judgment in these cases. The parties are simultaneously filing a substantially similar proposal in *Hopi Tribe v. Trump*, 17-cv-2590 (TSC).

The Parties propose the following schedule for the coordinated, sequential briefing of potentially dispositive cross-motions for partial summary judgment:

| Event | Date |
|---|---|
| Plaintiffs' motions for partial summary judgment | January 13, 2027 |
| Defendants' oppositions to the motions for partial summary judgment, combined with Defendants' cross-motions for partial summary judgment (if any) | March 15, 2027 (61 days) |
| Intervenors' brief(s) in support of Defendants' cross-motions (if any) | March 29, 2027 (14 days) |
| Plaintiffs' replies in support of partial summary judgment, combined with Plaintiffs' oppositions to Defendants' cross-motions for partial summary judgment and Intervenors' brief(s) (if any) | April 28, 2027 (44 days from Defendants' oppositions; 30 days from Intervenors' briefs) |
| Defendants' replies in support of their cross-motions for partial summary judgment (if any) | May 28, 2027 (30 days) |
| Intervenors' replies in support of Defendants' cross-motions for partial summary judgment (if any) | June 4, 2027 (7 days) |

The proposed summary judgment motions will be "partial" in the sense that they seek to resolve Plaintiffs' entitlement to relief on their core claims that the President lacked constitutional or statutory authority to revoke or reduce the national monuments, and Defendants' defenses thereto. Because summary judgment on any of these core legal claims could afford Plaintiffs or Defendants complete relief, the parties will not at this time move for summary judgment on Plaintiffs' alternative claims or theories, such as that, if the President has some limited authority to revoke or reduce national monuments, the proclamations challenged here exceeded that authority. *E.g.*, UDB Second Am. & Supp. Compl. ¶¶ 240, 252; NRDC Second Am. & Supp. Compl. ¶¶ 156, 171; TWS Second Am. & Supp. Compl. ¶¶ 158, 174. Further, because the motions for partial summary judgment may obviate the need to resolve Plaintiffs' alternative claims, the parties propose that Defendants' and Defendant-Intervenors' deadline to answer the amended and

supplemented complaints be held in abeyance until further order of the Court.

Specifically, this proposed summary judgment briefing would focus on the following counts in the Plaintiffs' Second Amended and Supplemental Complaints:

1. *Ultra Vires* executive action as to the 2026 Proclamations
   a. Bears Ears: NRDC Plaintiffs' Count IV; UDB Plaintiffs' Count V
   b. Grand Staircase-Escalante: TWS Plaintiffs' Count IV; Partners Plaintiffs' Counts IV and VI
2. Executive action violating separation of powers as to the 2026 Proclamations
   a. Bears Ears: NRDC Plaintiffs' Count V; UDB Plaintiffs' Count VII
   b. Grand Staircase-Escalante: TWS Plaintiffs' Count V; Partners Plaintiffs' Count II
3. Agency action not in accordance with law as to the 2026 Proclamations
   a. Bears Ears: NRDC Plaintiffs' Count VI; UDB Plaintiffs' Count VIII.
   b. Grand Staircase-Escalante: TWS Plaintiffs' Count VI; Partners Plaintiffs' Count X

A grant of summary judgment for any party on any of these counts would at least substantially narrow the remaining issues (including Plaintiffs' arguments regarding the 2017 Proclamations) and may entirely obviate the need to resolve those other issues. The parties therefore believe that cross-motions for partial summary judgment focused on the above-listed counts would facilitate the efficient resolution of these cases while conserving judicial resources. Nothing herein precludes Federal Defendants from raising threshold defenses to the counts that will be briefed by the parties. It is contemplated that a non-prevailing party or parties may seek the opportunity to appeal the Court's order resolving the parties' cross-motions for partial summary judgment following its issuance.

Plaintiffs believe that the above-listed counts, which all turn on Defendants' statutory and constitutional authority or lack thereof, may be resolved based on judicially noticeable government documents, without the production of a full Administrative Record at this stage of the proceedings. The parties will present any documents on which they intend to rely to the Court with their statements of undisputed material facts. Defendants have reserved their right to produce the Administrative Record at the same time they file their cross-motions for partial summary judgment and their oppositions to Plaintiffs' motions for partial summary judgment.

The parties note that the Kaibab Band of Paiute Indians, the Paiute Indian Tribe of Utah, and the Ute Mountain Ute Tribe have filed a new lawsuit, *Kaibab Band of Paiute Indians et al. v. Trump*, 26-cv-4094 (D.D.C. Compl. filed Nov. 18, 2026), making similar claims to those asserted by the TWS and Partners Plaintiffs. The Kaibab Plaintiffs will move to consolidate their new case with this consolidated case. Defendants have not yet taken a position on the proposed consolidation and reserve their right to oppose the motion.

The proposed schedule is submitted without prejudice to Plaintiffs' right to request any kind of interim relief that may be necessary.

A proposed order is attached.

DATED: November 23, 2026

/s/ Thomas Delehanty (with consent)
Thomas Delehanty (*pro hac vice*)
Heidi McIntosh (*pro hac vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: tdelehanty@earthjustice.org
E-mail: hmcintosh@earthjustice.org

*Attorneys for Plaintiffs The Wilderness Society, Grand Canyon Trust, National Parks*

/s/ Katherine Desormeau
Katherine Desormeau (D.D.C. Bar No. CA00024)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org

Jacqueline Iwata (DC Bar No. 1047984)
NATURAL RESOURCES DEFENSE

*Conservation Association, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, Defenders of Wildlife, and Center for Biological Diversity*

*/s/ Hanna Larsen (with consent)*
Stephen H.M. Bloch (D.D.C Bar ID UT0004)
Hanna Larsen (D.D.C. Bar ID UT0003)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: hanna@suwa.org

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

*/s/ Romney S. Philpott (with consent)*
Romney S. Philpott
U.S. DEPARTMENT OF JUSTICE
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Terrace Ste. 600
Denver, CO 80202
Phone: (202) 532-5077
Fax: (303) 844-1350
E-mail: Romney.Philpott@usdoj.gov

*Attorney for Federal Defendants*

Derek Brown
Attorney General
*/s/ Jason L. DeForest (with consent)*
Jason L. DeForest
Utah State Bar No. (14628)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
1594 W. North Temple St., Suite 300
Salt Lake City, Utah 84115
E-mail: jdeforest@agutah.gov

*Attorney for Defendant-Intervenor State of*

COUNCIL
1152 15th Street NW Suite 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: jiwata@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

*/s/ Gary S. Guzy (with consent)*
Scott C. Weidenfeller (DC Bar No. 489630)
Gary S. Guzy (DC Bar No. 375977)
John Mizerak (DC Bar No. 155488)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
Tel: (202) 662-5978
E-mail: sweidenfeller@cov.com
E-mail: gguzy@cov.com
E-mail: jmizerak@cov.com

*Attorneys for Plaintiffs Grand Staircase Escalante Partners, Society of Vertebrate Paleontology, and Conservation Lands Foundation*

*/s/ Kole W. Kelley (with consent)*
Kole W. Kelley*
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
E-mail: kkelley@mslegal.org
*(pro hac vice)

Carter B. Harrison IV
HARRISON & HART, LLC
924 Park Ave SW, Suite E
Albuquerque, NM 87102
Tele: (505) 312-4245
E-mail: carter@harrisonhartlaw.com

*Attorneys for Defendant-Intervenors*

*Utah* *Garfield and Kane Counties, Utah*

*/s/ William G. Myers III (with consent)*
William G. Myers III (D.C. Bar No. 408573)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, Idaho 83702
wmyers@hollandhart.com
Telephone: (208) 342-5000

David Y. Chung (D.C. Bar No. 500420)
HOLLAND & HART LLP
505 9th Street NW, Suite 700
Washinton, DC 20004
dychung@hollandhart.com
Telephone: (202) 393-6500

*Attorneys for Defendants-Intervenors American Farm Bureau Federation and Utah Farm Bureau Federation*