**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2587 (TSC) |
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2591 (TSC)<br><br>**CONSOLIDATED CASES** |
| AMERICAN FARM BUREAU FEDERATION, *et al.*,<br><br>Defendants-Intervenors. | |

**[PROPOSED] ORDER GRANTING BRIEFING SCHEDULE**

The Court previously ordered the parties to propose a briefing schedule for post-complaint briefing. *See* Minute Entry, Status Conference of October 15, 2026. Upon consideration of the parties' joint proposed briefing schedule, it is hereby ordered that the proposed briefing schedule is GRANTED. The parties shall adhere to the following schedule for the coordinated, sequential briefing of potentially dispositive cross-motions for partial summary judgment:

| Event | Date |
|---|---|
| Plaintiffs' motions for partial summary judgment | January 13, 2027 |
| Defendants' oppositions to the motions for partial summary judgment, combined with Defendants' cross-motions for partial summary judgment (if any) | March 15, 2027 (61 days) |
| Intervenors' brief(s) in support of Defendants' cross-motions (if any) | March 29, 2027 (14 days) |
| Plaintiffs' replies in support of partial summary judgment, combined with Plaintiffs' oppositions to Defendants' cross-motions for partial summary judgment and Intervenors' brief(s) (if any) | April 28, 2027 (44 days from Defendants' oppositions; 30 days from Intervenors' briefs) |
| Defendants' replies in support of their cross-motions for partial summary judgment (if any) | May 28, 2027 (30 days) |
| Intervenors' replies in support of Defendants' cross-motions for partial summary judgment (if any) | June 4, 2027 (7 days) |

The above-described summary judgment motions will be "partial" in the sense that they seek to resolve Plaintiffs' entitlement to relief on their core claims that the President lacks constitutional or statutory authority to revoke or reduce a national monument and Defendants' defenses thereto. *See* TWS Plaintiffs' Counts IV-VI; Partners Plaintiffs' Counts II, IV, VI, and X. Because summary judgment on any of these core legal claims could afford Plaintiffs or Defendants complete relief, the parties shall not at this time move for summary judgment on Plaintiffs' alternative claims for relief. Further, because the motions for partial summary judgment may obviate the need to resolve Plaintiffs' alternative claims, Defendants' and Defendant-Intervenors' deadline to answer the amended and supplemented complaints shall be held in abeyance until further order of the Court.

This schedule is without prejudice to any party's right to seek emergency injunctive

relief if warranted.

IT IS SO ORDERED.

DATED:

TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE